# Order

Michigan Supreme Court
Lansing, Michigan

December 28, 2011

143588

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JUSTIN SCOTT STAIR,
          Plaintiff-Appellant,

v

13TH CIRCUIT COURT CLERK, 13TH CIRCUIT
COURT ADMINISTRATOR, and 13TH CIRCUIT
COURT JUDGE,
          Defendants-Appellees.
_____/

SC: 143588
COA: 302119

On order of the Court, the application for leave to appeal the June 7, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

_____
Clerk

t1219